## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John Eric Dous  
            <u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 13-16459 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7361

                              Respectfully submitted,

                              **/s/Thomas Puleo, Esquire**  
                              Thomas Puleo, Esquire  
                              Brian C. Nicholas, Esquire  
                              KML Law Group, P.C.  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA 19106-1532  
                              (215) 825-6306  FAX (215) 825-6406