# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-16459-AMC

JOHN ERIC DOUS

6243 CRAFTON STREET,

PHILADELPHIA, PA 19149-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOHN ERIC DOUS

6243 CRAFTON STREET,

PHILADELPHIA, PA 19149-

Counsel for debtor(s), by electronic notice only.

JAMES MORAN ESQUIRE
2230 LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILA, PA 19110-

                                         /S/ William C. Miller

Date: 4/4/2017                         _____

                                       William C. Miller, Esquire
                                       Chapter 13 Standing Trustee