# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN ERIC DOUS                             Chapter 13

　　　　　　　　　　　Debtor            Bankruptcy No. 13-16459-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES MORAN ESQUIRE
2230 LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILA, PA 19110-


Debtor:
JOHN ERIC DOUS

6243 CRAFTON STREET,

PHILADELPHIA, PA 19149-