Case 13-16459-amc    Doc 58    Filed 05/06/17    Entered 05/07/17 01:03:02    Desc Imaged
                                Certificate of Notice    Page 1 of 3

```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                                  Case No. 13-16459-amc
John Eric Dous                                                          Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett              Page 1 of 2              Date Rcvd: May 04, 2017
                              Form ID: pdf900              Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
db             +John Eric Dous,    6243 Crafton Street,    Philadelphia, PA 19149-3510
13225104       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13229322       +James D. Moran,    100 South Broad St.,    Suite 2230,    Land Title Bldg.,
                 Phila., PA 19110-1021
13107094       +KML Law Group, PC,    701 Market Street, Suite 5000,,    Philadelphia, PA 19106-1541
13107096       +PGW,    Bankruptcy Dept.,    800 W. Montgomery Ave.,,    Philadelphia, PA 19122-2806
13107097       +U S Bank National Association,    Trustee for PA Housing Finance Agency,,   211 N. Front St.,,
                 PO Box 15057,    Harrisburg, PA 17105-5057
13637259       +U.S. Bank National Association, ET AL,    c/o PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, Pennsylvania 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 05 2017 01:07:34      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 05 2017 01:07:22
                 Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 05 2017 01:07:30       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov May 05 2017 01:07:34      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13107093        E-mail/Text: bankruptcy@phila.gov May 05 2017 01:07:34      City of Philadelphia,
                 Law Dept.-Tax Unit.,    1515 Arch St., 15th Floor,,    Philadelphia, PA 19102-1595
13193552       +E-mail/Text: bankruptcy@phila.gov May 05 2017 01:07:34
                 City of Philadelphia, Law Department - Tax Unit,     Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1617
13156398       +E-mail/Text: cio.bncmail@irs.gov May 05 2017 01:07:15      Department of Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13107095       +E-mail/Text: bankruptcydpt@mcmcg.com May 05 2017 01:07:26       Midland Funding, LLC,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13164290        E-mail/Text: bnc-quantum@quantum3group.com May 05 2017 01:07:17
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13107092       ##CitiFinancial,    PO Box 183172,    Columbus, OH 43218-3172
                                                                                            TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: May 04, 2017
                              Form ID: pdf900              Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JAMES D. MORAN    on behalf of Debtor John Eric Dous jamesdmoran@hotmail.com

        LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com

        PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov

        THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 8

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN ERIC DOUS                                    Chapter 13

                         Debtor            Bankruptcy No. 13-16459-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES MORAN ESQUIRE
2230 LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILA, PA 19110-

Debtor:
JOHN ERIC DOUS

6243 CRAFTON STREET,

PHILADELPHIA, PA 19149-